1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

OLIVIA SELTO, individually, as guardian
of minor child K.P. and as Personal
Representative of the Estate of KEVIN
PETERSON JR, deceased, TAMMI BELL,
individually and as Personal Representative
of the Estate, and KEVIN PETERSON SR,
individually,

                                    Plaintiffs,

        v.

COUNTY OF CLARK, a political
subdivision of the State of Washington;
SHERIFF CHUCK ATKINS; Sheriff's
Detective ROBERT ANDERSON; Sheriff's
Deputy JONATHAN FELLER; and JOHN
and JANE DOES 1-10, in their official and
personal capacities,

                                    Defendants.

No. 3:22-cv-5384 BJR

SHERIFF CHUCK ATKINS' MOTION
FOR SUMMARY JUDGMENT

NOTE OF MOTION CALENDAR:

SEPTEMBER 30, 2022
WITHOUT ORAL ARGUMENT

## I.        INTRODUCTION AND SUMMARY OF ARGUMENT

The Plaintiffs sued Sheriff Atkins personally. They claim he failed to train his officers

and failed to enact policies to prevent unconstitutional shootings. There is no evidence to

support these claims. The case against the Sheriff should be dismissed.

## II.        STATEMENT OF FACTS

Chuck Atkins is the elected Sheriff of Clark County. Dec. of Atkins. He has been with

SHERIFF CHUCK ATKINS' MOTION FOR SUMMARY
JUDGMENT - 1
3:22-cv-5384

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

1    the Sheriff's Department for 41 years.

2        All of the Sheriff's deputies are fully trained by the Criminal Justice Training
3    Commission. *Id.* They complete the full course at the CJTC, and then receive additional field
4    training before assuming all duties. *Id.* They also operate under policies adopted by the
5    Sheriff. *Id.*

6        As it relates to use of force, the Clark County Sheriff's Office follows state and federal
7    law for use of such force. *Id.* The policy is 14 pages long and covers all aspects of legal force.
8    *Id.* There is no evidence that the policy is illegal.

9        Similarly, there is no evidence that there is an unwritten practice of using illegal and
10    unconstitutional deadly force. Plaintiffs can produce no such evidence.

11                    **III.    LAW AND ARGUMENT**

12        Plaintiffs claim that Sheriff Atkins is liable because he was negligent in his training
13    and supervision of his employees. ECF #1, p. 7. They claim that Sheriff Atkins is liable under
14    Section 1983 for having a policy or practice of allowing unconstitutional uses of force. *Id.* p.
15    9.

16        There is no respondeat superior liability under § 1983, and thus Sheriff Atkins cannot
17    be held liable based solely on his position as Clark County Sheriff. See, *Hansen v. Black*, 885
18    F.2d 642, 645–46 (9th Cir.1989); *Fuller v. Cnty. of Orange*, 276 Fed. Appx. 675, 678 (9th
19    Cir. 2008). "Supervisory liability can exist if [the Sheriff] implemented 'a policy so deficient
20    that the policy itself is a repudiation of constitutional rights and is the moving force of the
21    constitutional violation.'" *Mackinney v. Nielsen*, 69 F.3d 1002, 1008 (9th Cir. 1995).

22        Here, there is no evidence that the Sheriff's Use of Force policy is either
23    unconstitutional or the "moving force" for any unconstitutional act. Accordingly, there can
24    be no liability.

25

26

27

SHERIFF CHUCK ATKINS' MOTION FOR SUMMARY
JUDGMENT - 2
3:22-cv-5384

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

1

DATED:  September 8, 2022

2

KEATING, BUCKLIN & McCORMACK, INC., P.S.

3

4

By:  */s/ Andrew Cooley*

Andrew Cooley, WSBA #15189

5

Attorneys for Defendants, County of Clark, Sheriff
Chuck Atkins, Sheriff's Detective Robert Anderson
and Sheriff's Deputy Jonathan Feller

6

7

801 Second Avenue, Suite 1210
Seattle, WA  98104

8

Phone: (206) 623-8861
Fax:     (206) 223-9423

9

Email: acooley@kbmlawyers.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

SHERIFF CHUCK ATKINS' MOTION FOR SUMMARY
JUDGMENT - 3
3:22-cv-5384

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**

Mark Lindquist, WSBA #25076
Anthony Marsh, WSBA #45194
HERRMANN LAW GROUP
505 5th Ave. S., Ste. 330
Seattle, WA 98104
Telephone: 206.625.9104
Email:  mark@hlg.lawyer
anthony@hlg.lawyer
john@hlg.lawyer

DATED:  September 8, 2022

/s/ Andrew Cooley
Andrew Cooley, WSBA #15189
801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: acooley@kbmlawyers.com

SHERIFF CHUCK ATKINS' MOTION FOR SUMMARY
JUDGMENT - 4
3:22-cv-5384

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423