THE HONORABLE BARBARA J. ROTHSTEIN
Trial Date:

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

OLIVIA SELTO, individually, as guardian of minor child K.P. and as Personal Representative of the Estate of KEVIN PETERSON JR, deceased, TAMMI BELL, individually and as Personal Representative of the Estate, and KEVIN PETERSON SR, individually,

Plaintiffs,

v.

COUNTY OF CLARK, a political subdivision of the State of Washington; SHERIFF CHUCK ATKINS; Sheriff's Detective ROBERT ANDERSON; Sheriff's Deputy JONATHAN FELLER; and JOHN and JANE DOES 1-10, in their official and personal capacities,

Defendants.

No. 3:22-cv-5384 BJR

[PROPOSED]

STIPULATION FOR AND ORDER OF DISMISSAL WITHOUT PREJUDICE

[CLERK'S ACTION REQUIRED]

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs SUSAN ZAWACKY, individually, and as Personal Representative of the Estate of JENOAH DONALD, deceased; ALEXZANDRA GASAWAY, individually, and as guardian of minor child I.D.; TIFFANY WALLAWAY, individually, and as guardian of minor child S.W.; KARLIE KOACH, individually, and as guardian of minor child C.K. and Defendants COUNTY OF CLARK, a political subdivision of the State of Washington; SHERIFF CHUCK ATKINS; Sheriff's Deputy SEAN BOYLE; Sheriff's Deputy HOLLY TROUPE that



KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

all of Plaintiffs' claims against SHERIFF CHUCK ATKINS only may be dismissed without prejudice and without assessment by the Court of costs or attorneys' fees to either party.

Dated: October 3, 2022

HERMANN LAW GROUP

*/s/ Mark E. Lindquist*

Mark E. Lindquist, WSBA #25076
*Attorney for Plaintiffs*
505 5th Ave. S., Ste. 330
Seattle, WA 98104
Telephone: 206.625.9104
Email: mark@hlg.lawyer

Dated: October 3, 2022

KEATING, BUCKLIN & McCORMACK, INC., P.S.

Andrew Cooley, WSBA #15189
*Attorneys for Defendants*
801 Second Avenue, Suite 1210
Seattle, WA 98104
Ph.: (206) 623-8861 / FAX: (206) 223-9423
acooley@kbmlawyers.com

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against SHERIFF CHUCK ATKINS only are dismissed without prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this _______ day of ____________________, 2022.

_______________________________
THE HONORABLE BARBARA J. ROTHSTEIN



KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423