The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

**OLIVIA SELTO et al**,

Plaintiffs,

v.

**COUNTY OF CLARK et al**,

Defendants.

NO. 3:22-cv-5384 BJR

**ORDER**

This matter having come before the Court on Plaintiffs' motion and the Court having considered the following:

1. Motion to extend deadlines for initial disclosures, interrogatories, and requests for production; and
2. Declaration of attorney Mark Lindquist.

Further, there being no opposition filed by Defendants, despite defense counsel's apparent refusal to agree to this motion, and the Court being otherwise fully advised, it is now, therefore ORDERED that PLAINTIFF'S MOTION TO EXTEND TIME is GRANTED and that the deadline for Plaintiff's Initial Disclosures is Dec. 22, 2022, and deadline for Plaintiffs to respond to defense Interrogatories and Requests for Production is January 27, 2023.

DATED this 19th day of December, 2022.

*/s/ Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 1

Mark Lindquist Law
505 S. Sheridan Ave
Tacoma, WA 98405
253.861.8611