The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLIVIA SELTO et al, <br> Plaintiffs, <br><br> v. <br><br> COUNTY OF CLARK et al, <br> Defendants. | NO. 22-cv-5384 <br><br> **ORDER GRANTING MOTION TO EXTEND DEADLINES** |

This matter came before the Court on Plaintiffs' Motion to Extend Time for initial disclosures and to respond to Defendants' interrogatories and requests for production. Having considered the motion and Defendants' opposition thereto, and concluding that Defendants have failed to demonstrate any harm resulting from such extension, the Court hereby grants the motion. As requested, the deadline for Plaintiffs' Initial Disclosures is Dec. 22, 2022, and the deadline for Plaintiffs to respond to Defendants' Interrogatories and Requests for Production is January 27, 2023.

DATED this 3rd day of January, 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING MOTION
TO EXTEND DEADLINES

- 1