The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OLIVIA SELTO as guardian of minor child K.P. and as Personal Representative of the Estate of KEVIN PETERSON JR, deceased, TAMMI BELL, individually and as Personal Representative of the Estate, and KEVIN PETERSON SR, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF CLARK, a political subdivision of the State of Washington; SHERIFF CHUCK ATKINS; Sheriff's Detective ROBERT ANDERSON; Sheriff's Deputy JONATHAN FELLER; and JOHN and JANE DOES 1-10, in their official and personal capacities,<br><br>Defendants. | No. 3:22-cv-5384 BJR<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>NOTE OF MOTION CALENDAR:<br><br>JUNE 23, 2023<br><br>WITHOUT ORAL ARGUMENT |

This matter having come before the Court on *Defendants' Motion For Summary Judgment*, and the Court having considered the Motion and argument, and the following pleadings:

1. *Defendants' Motion For Summary Judgment*;

2. *Declaration of Andrew Cooley and exhibit thereto*;

3. *Declaration of Martha Burt, MD*;

4. *Declaration of William T.C. Neale, M. Arch. and exhibits thereto*;

5. *Declaration of Robert Anderson and exhibits thereto*;

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1
3:22-cv-5384 BJR

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

6. *Declaration of Jonathan Feller and exhibit thereto*;

7. *Plaintiffs' Opposition to Defendants' Motion For Summary Judgment*;

8. *Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion For Summary Judgment*;

9.

10.

11.

And this Court finding itself fully informed, hereby **GRANTS** Defendants' Motion for Summary Judgment and **ORDERS** that all of Plaintiffs' claims against Defendants County of Clark, Robert Anderson and Jonathan Feller, are hereby dismissed with prejudice.

DONE IN OPEN COURT THIS ____ DAY OF _____, 2023.

_____
The Honorable Barbara J. Rothstein

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By: */s/ Andrew Cooley*
    Andrew Cooley, WSBA #15189
Attorneys for Defendants

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 2
3:22-cv-5384 BJR

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423