The Honorable Barbara J. Rothstein
Trial Date: November 12, 2024

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

OLIVIA SELTO as guardian of minor child
K.P. and as Personal Representative of the
Estate of KEVIN PETERSON JR, deceased,
TAMMI BELL, individually and as
Personal Representative of the Estate, and
KEVIN PETERSON SR, individually,

                   Plaintiffs,

    v.

COUNTY OF CLARK, a political
subdivision of the State of Washington;
SHERIFF CHUCK ATKINS; Sheriff's
Detective ROBERT ANDERSON; Sheriff's
Deputy JONATHAN FELLER; and JOHN
and JANE DOES 1-10, in their official and
personal capacities,

                   Defendants.

No. 3:22-cv-5384 BJR

[PROPOSED] ORDER ON
DEFENDANTS' MOTIONS *IN LIMINE*

THIS MATTER CAME before the undersigned Judge of the above-entitled Court on

Defendant's Motions in Limine.

The court considered the following pleadings and evidence:

1.      Defendants' Motions in Limine;

2.      Declaration of Paul J. Triesch with attached exhibits (already on record at

        docket #63);

3.      Plaintiff's Response to Defendants' Motion in Limine; and

[PROPOSED] ORDER ON DEFENDANTS' MOTIONS IN
LIMINE - 1
3:22-cv-5384 BJR
1135-00005/Proposed Order on Defendants' Motions in Limine

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

Having considered the foregoing evidence and pleadings, the Court, being fully informed of the facts herein;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendants' Motions in Limine are granted, denied, or reserved as indicated below:

**1.**     <u>**Stipulated**</u> **Motion** *in Limine* **No. 1: Settlement Communications.**

    [ ] Granted      [ ] Denied      [ ] Reserved

    Comments: _____

_____

_____

_____.

**2.**     <u>**Stipulated**</u> **Motion** *in Limine* **No. 2: Insurance.**

    [ ] Granted      [ ] Denied      [ ] Reserved

    Comments: _____

_____

_____

_____.

**3.**     <u>**Stipulated**</u> **Motion** *in Limine* **No. 3: Claims of racism or racially motivated use of force.**

    [ ] Granted      [ ] Denied      [ ] Reserved

    Comments: _____

_____

_____

_____.

**4.**     **Motion** *in Limine* **No. 4: Claims that Defendants Feller and/or Anderson should have used the lowest level of force or a lower level of force toward Peterson.**

    [ ] Granted      [ ] Denied      [ ] Reserved

    Comments: _____

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

1  _____
2  _____
3  _____.

4      **5.**     **<u>Stipulated</u> Motion *in Limine* No. 5: Evidence of post-shooting protests.**

5    [ ] Granted      [ ] Denied      [ ] Reserved

6  Comments: _____

7  _____
8  _____
9  _____.

10      **6.**     **Motion *in Limine* No. 6: Reference to other police shootings/interactions.**

11  [ ] Granted      [ ] Denied      [ ] Reserved

12  Comments: _____

13  _____
14  _____
15  _____.

16      **7.**     **<u>Stipulated</u> Motion *in Limine* No. 7: Claims that Police Are More Likely**
17  **to Use Force Against Black Males.**

18  [ ] Granted      [ ] Denied      [ ] Reserved

19  Comments: _____

20  _____
21  _____
22  _____.

23      **8.**     **Motion *in Limine* No. 8: Any Suggestion by Plaintiffs' Counsel During**
24  ***Voir Dire* serving to "Anchor" a Suggested Verdict Amount.**

25  [ ] Granted      [ ] Denied      [ ] Reserved

26  Comments: _____

27

[PROPOSED] ORDER ON DEFENDANTS' MOTIONS IN
LIMINE - 3
3:22-cv-5384 BJR
1135-00005/Proposed Order on Defendants' Motions in Limine

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

1  _____

2  _____.

3  **9.      Motion *in Limine* No. 9**: **Appeal to "Community Danger;" the Reptile**

4  **Theory.**

5      [ ] Granted          [ ] Denied          [ ] Reserved

6      Comments: _____

7  _____

8  _____

9  _____.

10     **10.     Stipulated Motion *in Limine* No. 10: Retention of Peace Officers Research**

11  **Association   of   California   (PORAC)   counsel   and   Defendants'   Assertion   of**

12  **Constitutional Rights.**

13     [ ] Granted          [ ] Denied          [ ] Reserved

14     Comments: _____

15  _____

16  _____

17  _____.

18     **11.     Motion *in Limine* No. 11: Claims by lay witnesses that Kevin Peterson**

19  **had any mental or medical condition.**

20     [ ] Granted          [ ] Denied          [ ] Reserved

21     Comments: _____

22  _____

23  _____

24  _____.

25     **12.     Stipulated Motion *in Limine* No. 12: Whether Defendant Feller has**

26  **Prescription Medication.**

27     [ ] Granted          [ ] Denied          [ ] Reserved

[PROPOSED] ORDER ON DEFENDANTS' MOTIONS IN
LIMINE - 4
3:22-cv-5384 BJR
1135-00005/Proposed Order on Defendants' Motions in Limine

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

Comments: _____

_____

_____

_____.

**13.    Motion *in Limine* No. 13: Claims for Damages by Non-Party Members of Kevin Peterson's Family.**

[  ] Granted          [  ] Denied          [  ] Reserved

Comments: _____

_____

_____

_____.

**14.    Motion *in Limine* No. 14: Speculation by witnesses that Kevin Peterson's social media threats to law enforcement and others were song lyrics.**

[  ] Granted          [  ] Denied          [  ] Reserved

Comments: _____

_____

_____

_____.

**15.    Motion *in Limine* No. 15: Olivia Selto's opinion about Kevin Peterson's State of Mind on October 29, 2020.**

[  ] Granted          [  ] Denied          [  ] Reserved

Comments: _____

_____

_____

_____.

**16.    Motion *in Limine* No. 16: Counsel referring during questioning of witnesses to "the day you shot and killed Kevin Peterson."**

[PROPOSED] ORDER ON DEFENDANTS' MOTIONS IN LIMINE - 5
3:22-cv-5384 BJR
1135-00005/Proposed Order on Defendants' Motions in Limine

Keating, Bucklin & McCormack, Inc., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

1    [ ] Granted        [ ] Denied        [ ] Reserved

2    Comments: _____

3    _____

4    _____

5    _____.

6    **17.    Motion *in Limine* No. 17: Comments or Statements former Clark County**

7    **Sheriff Chuck Atkins made to the Press.**

8    [ ] Granted        [ ] Denied        [ ] Reserved

9    Comments: _____

10   _____

11   _____

12   _____.

13   **18.    Motion *in Limine* No. 18: Post-incident statement and recording thereof**

14   **by former Clark County Sheriff's Detective, Jeremy Brown, Deceased.**

15   [ ] Granted        [ ] Denied        [ ] Reserved

16   Comments: _____

17   _____

18   _____

19   _____.

20   **19.    <u>Stipulated</u> Motion *in Limine* No. 19: Whether or not Defendant Jon Feller**

21   **has medical accommodations at work in 2023.**

22   [ ] Granted        [ ] Denied        [ ] Reserved

23   Comments: _____

24   _____

25   _____

26   _____.

27   **20.    Motion *in Limine* No. 20: Whether or not conducting the October 29,**

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

**2020, buy-bust sting operation involving Kevin Peterson at the Quality Inn hotel parking lot was or was not a "poor" or inferior or improper location for that buy-bust operation.**

[ ] Granted          [ ] Denied          [ ] Reserved

Comments: _____

_____

_____

_____.

**21.     <u>Stipulated</u> Motion *in Limine* No. 21: Hypothetical questions regarding whether a jogger carrying a gun would violate the law.**

[ ] Granted          [ ] Denied          [ ] Reserved

Comments: _____

_____

_____.

**22.     Motion *in Limine* No. 22: Whether or not any law enforcement officer announced or stated to Kevin Peterson "you are under arrest" on October 29, 2020.**

[ ] Granted          [ ] Denied          [ ] Reserved

Comments: _____

_____

_____

_____.

**23.     Motion *in Limine* No. 23: Argument, questions or suggestions that Kevin Peterson, Jr., was a "low level" drug dealer or that he only sold marijuana.**

[ ] Granted          [ ] Denied          [ ] Reserved

Comments: _____

_____

_____

[PROPOSED] ORDER ON DEFENDANTS' MOTIONS IN LIMINE - 7
3:22-cv-5384 BJR
1135-00005/Proposed Order on Defendants' Motions in Limine

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

1 | .

**24.    Motion *in Limine* No. 24: Questions, testimony or suggestions from Plaintiffs' police practices expert, Greg Gilbertson, as follows:**

**(a) That Kevin Peterson, Jr., was shot in the back;**

[ ] Granted          [ ] Denied          [ ] Reserved

Comments: _____

_____

_____

_____ .

**(b) That people who are shot or injured try to sit up after being shot or injured;**

[ ] Granted          [ ] Denied          [ ] Reserved

Comments: _____

_____

_____

_____ .

**(c) <u>Stipulated</u> That law enforcement officers are precluded from exercising force without first informing the suspect that s/he is under arrest;**

[ ] Granted          [ ] Denied          [ ] Reserved

Comments: _____

_____

_____

_____ .

**(d) That Deputy Feller's testimony is "contradicted by the evidence, based on Gilbertson's "conclusion;"**

[ ] Granted          [ ] Denied          [ ] Reserved

Comments: _____

[PROPOSED] ORDER ON DEFENDANTS' MOTIONS IN LIMINE - 8
3:22-cv-5384 BJR
1135-00005/Proposed Order on Defendants' Motions in Limine

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

1 _____

2 _____.

3     **(e) That Deputy Feller was required to remain behind the door of his police**

4 **vehicle in confronting Peterson;**

5     [ ] Granted      [ ] Denied      [ ] Reserved

6     Comments: _____

7 _____

8 _____

9 _____.

10     **(f) That Deputy Anderson was required to provide Peterson warning or**

11 **"additional" warnings that he would be shot;**

12     [ ] Granted      [ ] Denied      [ ] Reserved

13     Comments: _____

14 _____

15 _____

16 _____.

17     **(g) That the Clark County Sheriff's Office policy was deficient because it did not**

18 **contain a definition of "probable cause;"**

19     [ ] Granted      [ ] Denied      [ ] Reserved

20     Comments: _____

21 _____

22 _____

23 _____.

24     **(h) That the Clark County Drug Task Force October 29, 2020, "buy-bust"**

25 **operation was "negligent" based on Gilbertson's vision of "common sense;"**

26     [ ] Granted      [ ] Denied      [ ] Reserved

27     Comments: _____

[PROPOSED] ORDER ON DEFENDANTS' MOTIONS IN
LIMINE - 9
3:22-cv-5384 BJR
1135-00005/Proposed Order on Defendants' Motions in Limine

KEATING, BUCKLIN & MᶜCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

1 _____

2 _____

3 _____.

4    **(i)    That if five Deputies had initially approached Peterson in the Quality Inn**

5 **parking lot, Peterson would not have armed himself and fled;**

6         [ ] Granted         [ ] Denied         [ ] Reserved

7         Comments: _____

8 _____

9 _____

10 _____.

11    **(j) That the shooting of Peterson was a "contagion shooting," based on a New**

12 **York Times article and hearsay;**

13         [ ] Granted         [ ] Denied         [ ] Reserved

14         Comments: _____

15 _____

16 _____

17 _____.

18    **(k) That Deputy Feller was or is "trigger happy;"**

19         [ ] Granted         [ ] Denied         [ ] Reserved

20         Comments: _____

21 _____

22 _____

23 _____.

24    **(l) That the confidential informant involved in the October 29, 2020, "buy-bust"**

25 **operation was "not trustworthy;"**

26         [ ] Granted         [ ] Denied         [ ] Reserved

27         Comments: _____

[PROPOSED] ORDER ON DEFENDANTS' MOTIONS IN
LIMINE - 10
3:22-cv-5384 BJR
1135-00005/Proposed Order on Defendants' Motions in Limine

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

1 _____

2 _____

3 _____.

4     **(m) That the location of the October 29, 2020, "buy-bust" operation occurring**

5 **at the Quality Inn was occurring in a "high traffic area;"**

6     [ ] Granted       [ ] Denied       [ ] Reserved

7     Comments: _____

8 _____

9 _____

10 _____.

11     **(n) That on October 29, 2020, Peterson was "in fear for his life."**

12     [ ] Granted       [ ] Denied       [ ] Reserved

13     Comments: _____

14 _____

15 _____

16 _____.

17     **25.    <u>Stipulated</u> Motion *in Limine* No. 25: Questions, testimony, evidence, or**

18 **argument concerning emotional distress attributable to the litigation.**

19     [ ] Granted       [ ] Denied       [ ] Reserved

20     Comments: _____

21 _____

22 _____

23 _____.

24

25     **26.    <u>Stipulated</u> Motion *in Limine* No. 26: Reference to the "golden rule."**

26     [ ] Granted       [ ] Denied       [ ] Reserved

27     Comments: _____

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

1 _____

2 _____

3 _____.

4 DONE IN OPEN COURT THIS ____ DAY OF _____, 2024.

5

6                                        _____

7                                        The Honorable Barbara J. Rothstein

8

9 Presented by:

10

11 KEATING, BUCKLIN & McCORMACK, INC., P.S.

12

13 By: /s/ Thomas P. Miller
    Thomas P. Miller, WSBA #34473
14  Ann E. Trivett, WSBA #39228
    Paul J. Triesch, WSBA #17445
15  Attorneys for Defendant

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER ON DEFENDANTS' MOTIONS IN
LIMINE - 12
3:22-cv-5384 BJR
1135-00005/Proposed Order on Defendants' Motions in Limine

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423