The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OLIVIA SELTO as guardian of minor child K.P. and as Personal Representative of the Estate of KEVIN PETERSON JR, deceased, TAMMI BELL, individually and as Personal Representative of the Estate, and KEVIN PETERSON SR, individually,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF CLARK, a political subdivision of the State of Washington; SHERIFF CHUCK ATKINS; Sheriff's Detective ROBERT ANDERSON; Sheriff's Deputy JONATHAN FELLER; and JOHN and JANE DOES 1-10, in their official and personal capacities,<br><br>　　　　　　　　　　Defendants. | No. 3:22-cv-5384 BJR<br><br>DEFENDANTS' PROPOSED INTERROGATORIES TO THE JURY |

To assist the Court in determining whether Robert Anderson and Jonathan Feller are entitled to qualified immunity, Defendants respectfully submit the following interrogatories to the jury.

INTERROGATORY NO. 1: When Kevin Peterson, Jr. was running northbound in the US Bank parking lot area, was he in possession of a handgun?

_____ YES　　　　　_____ NO　　　　　_____ UNKNOWN

DEFENDANTS' PROPOSED
INTERROGATORIES TO THE JURY - 1
3:22-cv-5384 BJR
1135-00005/715771

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

INTERROGATORY NO. 2: Did Deputy Robert Anderson exit his vehicle in the US Bank parking lot and begin giving Kevin Peterson, Jr. commands to show his hands and not move?

\_\_\_\_ YES          \_\_\_\_\_ NO          \_\_\_\_ UNKNOWN

INTERROGATORY NO. 3: If you answered "yes" to the preceding interrogatory, did Kevin Peterson, Jr. comply with Deputy Anderson's commands?

\_\_\_\_ YES          \_\_\_\_\_ NO          \_\_\_\_ UNKNOWN

INTERROGATORY NO. 4: Did Deputy Anderson see Kevin Peterson, Jr. reach into the front pocket of his sweatshirt and pull out a handgun?

\_\_\_\_ YES          \_\_\_\_\_ NO          \_\_\_\_ UNKNOWN

INTERROGATORY NO. 5: Did Deputy Anderson yell, "drop the gun or I'll shoot" or words to that effect at Kevin Peterson, Jr.?

\_\_\_\_ YES          \_\_\_\_\_ NO          \_\_\_\_ UNKNOWN

INTERROGATORY NO. 6: If you answered "yes" to the preceding interrogatory, did Kevin Peterson, Jr. comply with Deputy Anderson's commands?

\_\_\_\_ YES          \_\_\_\_\_ NO          \_\_\_\_ UNKNOWN

INTERROGATORY NO. 7: Did Deputy Anderson fire his duty weapon at Kevin Peterson, Jr. as Kevin Peterson, Jr. ran northbound in the US Bank parking lot area?

\_\_\_\_ YES          \_\_\_\_\_ NO          \_\_\_\_ UNKNOWN

INTERROGATORY NO. 8: Did any of the rounds that Deputy Anderson fired shots as Kevin Peterson, Jr. ran northbound in the US Bank parking lot area strike Kevin Peterson, Jr.?

\_\_\_\_ YES          \_\_\_\_\_ NO          \_\_\_\_ UNKNOWN

INTERROGATORY NO. 9: At the time he fired the shots at Kevin Peterson, Jr. as he moved northbound in the US Bank parking lot area, did Deputy Anderson reasonably believe that Kevin Peterson, Jr. posed a threat of serious bodily harm to others if not apprehended?

\_\_\_\_ YES          \_\_\_\_\_ NO          \_\_\_\_ UNKNOWN

DEFENDANTS' PROPOSED
INTERROGATORIES TO THE JURY - 2
3:22-cv-5384 BJR
1135-00005/715771

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

INTERROGATORY NO. 10: As Kevin Peterson, Jr. ran northbound in the US Bank parking lot area, did Deputy Feller observe Kevin Peterson, Jr. holding a gun in his right hand and pointing it at Deputy Feller?

_____ YES          _____ NO          _____ UNKNOWN

INTERROGATORY NO. 11: Did Deputy Feller fire his duty weapon at Kevin Peterson, Jr.?

_____ YES          _____ NO          _____ UNKNOWN

INTERROGATORY NO. 12:  At the time he fired his duty weapon, did Deputy Feller reasonably believe that Kevin Peterson, Jr. posed an imminent threat of death or serious bodily harm to him and/or others?

_____ YES          _____ NO          _____ UNKNOWN

INTERROGATORY NO. 13:  After Deputy Anderson and Deputy Feller fired shots, did Mr. Anderson eventually go to the ground?

_____ YES          _____ NO          _____ UNKNOWN

INTERROGATORY NO. 14: While seated on the ground, did Kevin Peterson, Jr. raise up his right arm, pointing it in the direction of Deputy Feller and/or Deputy Brown?

_____ YES          _____ NO          _____ UNKNOWN

INTERROGATORY NO. 15: If you answered "yes" to the preceding interrogatory, did Kevin Peterson, Jr. have a handgun in his right hand?

_____ YES          _____ NO          _____ UNKNOWN

INTERROGATORY NO. 16: If you answered "no" to the preceding interrogatory, did Kevin Peterson, Jr. have a cell phone in his right hand?

_____ YES          _____ NO          _____ UNKNOWN

INTERROGATORY NO. 17: Did Deputy Anderson see Kevin Peterson, Jr. raise his right arm up and point a gun in the direction of Deputy Brown?

_____ YES          _____ NO          _____ UNKNOWN

INTERROGATORY NO. 18: Did Deputy Anderson fire his duty weapon at Kevin Peterson, Jr. in response to Kevin Peterson, Jr. raising his right arm up and pointing a gun in the direction of Deputy Brown?

DEFENDANTS' PROPOSED
INTERROGATORIES TO THE JURY - 3
3:22-cv-5384 BJR
1135-00005/715771

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

_____ YES              _____ NO                                _____ UNKNOWN

INTERROGATORY NO. 19: At the time he fired a second volley of shots from his duty weapon at Kevin Peterson, Jr., did Deputy Anderson reasonably believe that Kevin Peterson, Jr. posed an imminent threat of death or serious bodily harm to Deputy Brown and/or others?

_____ YES              _____ NO                                _____ UNKNOWN

DATED:  October 15, 2024

                                          KEATING, BUCKLIN & McCORMACK, INC., P.S.

By:  */s/ Thomas Miller*
Paul J. Triesch, WSBA #17445
Thomas Miller, WSBA # 34473
Ann E. Trivett, WSBA # 39228
*Attorneys for Defendants, County of Clark, Sheriff Chuck Atkins, Sheriff's Detective Robert Anderson and Sheriff's Deputy Jonathan Feller*

1201 Third Avenue, Suite 1580
Seattle, WA 98101
Telephone:  (206) 623-8861
Fax:  (206) 223-9423
Email:  ptriesch@kbmlawyers.com;
tmiller@kbmlawyers.com;
atrivett@kbmlawyers.com

DEFENDANTS' PROPOSED
INTERROGATORIES TO THE JURY - 4
3:22-cv-5384 BJR
1135-00005/715771

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

**DECLARATION OF SERVICE**

I hereby certify that on October 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**

Mark Lindquist, WSBA #25076
MARK LINDQUIST LAW, PLLC
505 S. Sheridan Ave.
Tacoma, WA 98405
T: 253-861-8611
Email: mark@marklindquistlaw.com

**Attorneys for Plaintiffs**

D. Angus Lee, WSBA #36473
ANGUS LEE LAW FIRM, PLLC
9105A NE Hwy. 99, Ste. 200
Vancouver, WA 98665
Telephone: 360.635.6464
Email: angus@angusleelaw.com

DATED this 15th day of October, 2024, at Seattle, Washington.

*/s/ Sydney McCrorie*
Sydney McCrorie, *Legal Assistant*

DEFENDANTS' PROPOSED
INTERROGATORIES TO THE JURY - 5
3:22-cv-5384 BJR
1135-00005/715771

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423