THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OLIVIA SELTO ET AL., <br> PLAINTIFF, <br><br> vs. <br><br> CLARK COUNTY et al. <br> DEFENDANTS. | No. 3:22−CV−05384−BJR <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED PETITION AND FOR APPOINTMENT OF GUARDIAN AD LITEM** |

This matter comes before the Court on Plaintiffs' Unopposed Petition for Appointment of Guardian *Ad Litem* for the minor child K.P. The Court, having reviewed the Petition, the supporting documentation, and the record herein, and having considered the agreement of the parties, ORDERS as follows:

1. **Appointment of Guardian Ad Litem:** Pursuant to LCR 17(c), the Court hereby appoints **John R. Wilson** of Rush Hannula Harkins & Kyler, PLLC as the guardian *ad litem* for the minor child K.P. in this civil action arising from the wrongful death of her father, Kevin Peterson Jr.

2. **Responsibilities of the Guardian *Ad Litem*:** Mr. Wilson shall investigate the adequacy of the settlement reached by the parties and report his findings to the Court.

APPOINTMENT OF GUARDIAN AD LITEM
NO. 3:22−cv−05384−BJR

1

ANGUS LEE LAW FIRM, PLLC
9105A NE Hwy 99, Suite 200
Vancouver, WA 98665
T: 360-635-6464

MARK LINDQUIST LAW, PLLC
505 S. Sheridan Ave.
Tacoma, WA 98405
T: 253.861.8611

3. **Authority of the Guardian *Ad Litem*:** Mr. Wilson is authorized to act on behalf of K.P. to protect her interests in this matter.

4. **Further Proceedings:** The guardian *ad litem* shall provide a report to the Court regarding the proposed settlement, including any recommendations for the Court's consideration.

It is so ORDERED.

DATED this 25th day of October, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

DATED: Friday, October 25, 2024.

| ANGUS LEE LAW FIRM, PLLC | MARK LINDQUIST LAW |
|---|---|
| */s/ D. Angus Lee* | */s/ Mark Lindquist* |
| D. Angus Lee, WSBA# 36473 | Mark Lindquist, WSBA#25076 |
| Attorneys for Plaintiffs' | Attorney for Plaintiffs' |
| 9105A NE HWY 99, Suite 200 | 505 S. Sheridan Ave |
| Vancouver, WA 98665 | Tacoma, WA 98405 |
| P: 360.635.6464 F: 888.509.8268 | P: 253.861.8611 |
| Angus@AngusLeeLaw.com | mark@marklindquistlaw.com |

APPOINTMENT OF GUARDIAN AD LITEM
NO. 3:22−cv−05384−BJR

2

ANGUS LEE LAW FIRM, PLLC
9105A NE Hwy 99, Suite 200
Vancouver, WA 98665
T: 360-635-6464

MARK LINDQUIST LAW, PLLC
505 S. Sheridan Ave.
Tacoma, WA 98405
T: 253.861.8611