IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| **OLIVIA SELTO**, individually, as guardian of minor child K.P. and as Personal Representative of the Estate of **KEVIN PETERSON JR**, deceased, **TAMMI BELL**, individually and as Personal Representative of the Estate, and **KEVIN PETERSON SR**, individually.<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF CLARK**, a political subdivision of the State of Washington; **SHERIFF CHUCK ATKINS**; Sheriff's Detective **ROBERT ANDERSON** ; Sheriff's Deputy **JONATHAN FELLER**; and **JOHN and JANE DOES 1-10**, in their official and personal capacities.<br><br>Defendants. | NO. 3:22-cv-05384<br><br>**ATTORNEY'S LIEN**<br><br>**RCW 60.40.010** |

STATE OF WASHINGTON )
                    ) ss.
County of King      )

Herrmann Law Group through Anthony Marsh, an attorney duly licensed to practice law in the State of Washington, hereby claims a lien against the property of the former clients the OLIVIA SELTO, individually, as guardian of minor child K.P. and as Personal Representative of the Estate of KEVIN PETERSON JR, deceased, TAMMI BELL,

ATTORNEY'S LIEN - 1

**HERRMANN LAW GROUP**
505 5th Ave So., Ste. 330
Seattle, WA 98104
T: 206-625-9104
F: 206-682-6710

individually and as Personal Representative of the Estate, and KEVIN PETERSON SR, individually, (hereinafter "clients"), as follows:

    (a) Upon the papers of the clients, which have come into the attorney's possession in the course of his or her professional employment.

    (b) Upon money in the attorney's hands belonging to clients.

    (c) Upon money in the hands of the adverse party in an action or processing, in which the attorney was employed, form the time of giving notice of the lien to that party.

    (d) Upon an action, including one pursued by arbitration or mediation, and it's proceeds after the commencement thereof to the extent of the value of any services performed by the attorney in the action, or if the services were rendered under special agreement, for the sum due under such agreement.

    (e) Upon a judgement to the extent of the value of any services performed by the attorney in the action, or if the services were rendered under a special agreement, for the sum due under such agreement, from the time of filing notice of such lien or claim with the clerk of the court in which such judgement is entered, which notice must be filed with the papers in the action in which such judgment was rendered, and an entry made in the execution docket, showing the name of claimant, amount claimed and date of filing notice.

    (f) For services rendered in connection with the above-referenced clients.

DATED this 7th day of December, 2022.

HERRMANN LAW GROUP

Anthony Marsh, WSBA #45194
505 5th Ave. S., Suite 330
Seattle, WA 98104

ATTORNEY'S LIEN - 2

| | |
|---|---|
| 1 | STATE OF WASHINGTON ) |
| 2 | ) ss. |
| | COUNT OF KING ) |
| 3 | |

On this day personally appeared before me Anthony Marsh, to me known to be the individual described in an who executed the within and foregoing instrument that he signed the same as his free and voluntary act and deed for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this 7th day of December, 2022.

_Matthew Ryan Li_, Notary Public in and for the State of Washington, residing in Lynnwood.
My appointment expires: 9/27/26

ATTORNEY'S LIEN - 3

**HERRMANN LAW GROUP**
505 5th Ave So., Ste. 330
Seattle, WA 98104
T: 206-625-9104
F: 206-682-6710

**CERTIFICATE OF SERVICE**

1
2   I hereby certify under penalty of perjury under the laws of the Washington State,
3   that on the 25th day of October 2024, I served true and correct copies of the foregoing
4   document delivering the same to the following attorneys of record, by the method
5   indicated below, addressed as follows:

| | |
|---|---|
| Mark E Lindquist<br>*MARK LINDQUIST LAW*<br>505 S Sheridan Ave<br>Tacoma, WA 98405<br>P: 253-861-8611<br>mark@marklindquistlaw.com | [ ]  U.S. Mail, postage prepaid<br>[ ]  ABC Legal Messengers<br>[ ]  Overnight Mail<br>[ ]  Facsimile<br>[ ]  Hand Delivery<br>[ ]  Email<br>[X]  Electronic Court Filing |
| Derek Angus Lee<br>*ANGUS LEE LAW FIRM, PLLC*<br>9105A NE Hwy. 99, Suite 200<br>Vancouver, WA 98665<br>P: 360-635-6464<br>angus@angusleelaw.com | [ ]  U.S. Mail, postage prepaid<br>[ ]  ABC Legal Messengers<br>[ ]  Overnight Mail<br>[ ]  Facsimile<br>[ ]  Hand Delivery<br>[ ]  Email<br>[X]  Electronic Court Filing |
| Thomas P Miller<br>Paul Joseph Triesch<br>Ann E Trivett<br>KEATING BUCKLIN MCCORMACK INC PS<br>1201 Third Ave., Ste. 1580<br>Seattle, WA 98101<br>206-623-8861<br>tmiller@kbmlawyers.com<br>ptriesch@kbmlawyers.com<br>atrivett@kbmlawyers.com | [ ]  U.S. Mail, postage prepaid<br>[ ]  ABC Legal Messengers<br>[ ]  Overnight Mail<br>[ ]  Facsimile<br>[ ]  Hand Delivery<br>[ ]  Email<br>[X]  Electronic Court Filing |