THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **OLIVIA SELTO**, individually, as guardian of minor child K.P. and as Personal Representative of the Estate of **KEVIN PETERSON JR**, deceased, **TAMMI BELL**, individually and as Personal Representative of the Estate, and **KEVIN PETERSON SR**, individually;<br><br>Plaintiffs,<br><br>v.<br><br>**CLARK COUNTY** et al.<br><br>Defendants. | No. 3:22−CV−05384−BJR<br><br>**ORDER APPROVING MINOR SETTLEMENT** |

**THIS MATTER** comes before the Court on Plaintiffs' Petition for Approval of

Minor Settlement, pursuant to LCivR 17(c) and Washington Special Proceedings Rule

ORDER APPROVING SETTLEMENT
NO. 3:22−cv−05384−BJR

1

ANGUS LEE LAW FIRM, PLLC
9105A NE Hwy 99, Suite 200
Vancouver, WA 98665
T: 360-635-6464

MARK LINDQUIST LAW, PLLC
100 S. 9th Street.
Tacoma, WA 98402
T: 206.333-0773

98.16W. The Court, having considered the Petition, the report of the Settlement Guardian *ad Litem*, the record in this case, and supplemental briefing and supporting evidence outlining the work performed and the risks incurred by counsel, **FINDS:**

1. The settlement reached in mediation on October 17, 2024, in the amount of $1,250,000 is reasonable and appropriate given the facts, circumstances, and issues in the case.

2. Attorney fees of 40% of gross recovery is reasonable and appropriate given the facts, circumstances, issues in the case, and work reflected in the record.

3. Costs of $59,521.70 are also reasonable and appropriate given the facts and circumstances of the case.

4. Allocation of $345,239.15 for minor K.P. in a trust fund is reasonable and appropriate given the facts and circumstances of the case.

5. Settlement Guardian *ad Litem* recommends appproval of the proposed settlement and allocation.

6. The proposed settlement is in the best interests of minor K.P. and is fair and reasonable given the facts, circumstanes, and issues in the case.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The Court approves the proposed settlement and allocation.

2. Plaintiffs are authorized to enter into a binding Settlement Agreement and Release, which will release claims against the Defendants.

ORDER APPROVING SETTLEMENT
NO. 3:22−cv−05384−BJR

2

ANGUS LEE LAW FIRM, PLLC
9105A NE Hwy 99, Suite 200
Vancouver, WA 98665
T: 360-635-6464

MARK LINDQUIST LAW, PLLC
100 S. 9th Street.
Tacoma, WA 98402
T: 206.333-0773

3.  Plaintiffs shall retain a lawyer experienced in the area of trusts and estates to draft proposed settlement trusts to be presented to this Court for review and approval.

4.  SGAL John R. Wilson shall work with counsel for the minor in the selection of a trustee and preparation of the trust to be submitted to this court for review and approval. The SGAL shall submit a supplemental report to the court regarding his recommendations on the trust language, the trustee, and trust management costs.

DATED this 10th day of December, 2024.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

.

ANGUS LEE LAW FIRM, PLLC

*/s/ D. Angus Lee*
D. Angus Lee, WSBA# 36473
Attorneys for Plaintiffs
9105A NE HWY 99, Suite 200
Vancouver, WA 98665
P: 360.635.6464 F: 888.509.8268
Angus@AngusLeeLaw.com

MARK LINDQUIST LAW

*/s/ Mark Lindquist*
Mark Lindquist, WSBA#25076
Attorney for Plaintiffs
100 S. 9th Street
Tacoma, WA 98402
P: 206.333.0773
mark@marklindquistlaw.com

/s/ John R. Wilson
JOHN R. WILSON, WSBA #24501
Settlement Guardian ad Litem
RUSH, HANNULA, HARKINS & KYLER, PLLC
4701 S. 19th St., Suite 300
Tacoma, WA 98405
(253) 383-5388 (p)

ORDER APPROVING SETTLEMENT
NO. 3:22−cv−05384−BJR

3

ANGUS LEE LAW FIRM, PLLC
9105A NE Hwy 99, Suite 200
Vancouver, WA 98665
T: 360-635-6464

MARK LINDQUIST LAW, PLLC
100 S. 9th Street.
Tacoma, WA 98402
T: 206.333.0773

1  (253) 272-5105 (f)
2  jwilson@rhhk.com

| | | | |
|---|---|---|---|
| ORDER APPROVING SETTLEMENT<br>NO. 3:22−cv−05384−BJR | 4 | ANGUS LEE LAW FIRM, PLLC<br>9105A NE Hwy 99, Suite 200<br>Vancouver, WA 98665<br>T: 360-635-6464 | MARK LINDQUIST LAW, PLLC<br>100 S. 9th Street.<br>Tacoma, WA 98402<br>T: 206.333-0773 |