THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OLIVIA SELTO as guardian of minor child K.P. and as Personal Representative of the Estate of KEVIN PETERSON JR, deceased, TAMMI BELL, individually and as Personal Representative of the Estate, and KEVIN PETERSON SR, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF CLARK, a political subdivision of the State of Washington; Sheriff's Detective ROBERT ANDERSON; Sheriff's Deputy JONATHAN FELLER; in their official and personal capacities,<br><br>Defendants. | No. 3:22-cv-5384 BJR<br><br>stipulation for and order of dismissal<br><br>**[CLERK'S ACTION REQUIRED]** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs OLIVIA SELTO as guardian of minor child K.P. and as Personal Representative of the Estate of KEVIN PETERSON JR, TAMMI BELL, individually and as Personal Representative of the Estate, and KEVIN PETERSON SR, and all Defendants including COUNTY OF CLARK, SHERIFF CHUCK ATKINS, ROBERT ANDERSON, and JONATHAN FELLER, that all of Plaintiffs' claims against any and all Defendants may and should be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to any party.

STIPULATION AND ORDER OF DISMISSAL
3:22-cv-5384 BJR

1135-00005/Selto Stipulation and Order of Dismissal

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

| | |
|---|---|
| Dated: <u>December 16, 2024</u> | MARK LINDQUIST LAW, PLLC |

<u>/s/ Mark Lindquist</u>
Mark Lindquist, WSBA #25076
Attorney for Plaintiffs

| | |
|---|---|
| Dated: <u>December 16, 2024</u> | ANGUS LEE LAW FIRM, PLLC |

<u>/s/ D. Angus Lee</u>
D. Angus Lee, WSBA #36473
Attorney for Plaintiffs

| | |
|---|---|
| Dated: <u>December 16, 2024</u> | KEATING, BUCKLIN & McCORMACK, INC., P.S. |

<u>/s/ Thomas P. Miller</u>
Thomas P. Miller, WSBA #34473
Paul J. Triesch, WSBA # 17445
Ann E. Trivett, WSBA # 39228
Attorneys for Defendants

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS ORDERED that Plaintiffs' claims against Defendants are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to any party.

Dated this 18th of December, 2024.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER OF DISMISSAL
3:22-cv-5384 BJR

1135-00005/Selto Stipulation and Order of Dismissal

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423